IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM H. COSBY, JR.,            :
                                  :   CIVIL ACTION
          Plaintiff,              :   NO. 16-508
                                  :
     v.                           :
                                  :
AMERICAN MEDIA, INC., et al.,     :
                                  :
          Defendants.             :


**O R D E R**

**AND NOW,** this **15th** day of **July, 2016,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED:**

(1)  Kivitz and Troiani's Motion to Dismiss (ECF No. 32) is **GRANTED in part** and **DENIED in part**. The breach of contract claims against Kivitz and Troiani are dismissed to the extent that they are based on allegations that Kivitz and Troiani voluntarily disclosed information concerning alleged criminal activity to law enforcement authorities.

(2)  American Media's Motion for Leave to File a Reply Memorandum (ECF No. 39) is **GRANTED.**

(3)  American Media's Motion to Dismiss (ECF No. 36) is **DENIED.**

(4)   Andrea and Gianna Constand's Motion to Dismiss (ECF
      No. 40) is **GRANTED in part** and **DENIED in part.** The
      breach of contract claims against Andrea and Gianna
      are dismissed to the extent that they are based on
      allegations that Andrea and Gianna voluntarily
      disclosed information concerning alleged criminal
      activity to law enforcement authorities. Gianna
      Constand is thus **DISMISSED** as a defendant.


      **AND IT IS SO ORDERED.**


                                    /s/ Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO,    J.**