**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM H. COSBY, JR., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 16-508 |
| AMERICAN MEDIA, INC., DOLORES M. TROIANI, BEBE KIVITZ, and ANDREA CONSTAND, | : |
| Defendants. | : |

**RULE 41(a)(1)(A) VOLUNTARY DISMISSAL**

Plaintiff William H. Cosby, Jr. hereby voluntarily dismisses the above-captioned action without prejudice.

Jeffrey L. Schulman (admitted *pro hac vice*)
LINER, LLP
71 Gansevoort Street, Suite 3A
New York, NY 10014-1411
648-805-4300
jschulman@linerlaw.com

/s/ Samuel W. Silver
Samuel W. Silver
John R. Timmer
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
215-751-2309; 2451
ssilver@schnader.com
jtimmer@schnader.com

*Attorneys for Plaintiff William H. Cosby, Jr.*

Dated: July 28, 2016

## CERTIFICATE OF SERVICE

I, John R. Timmer, hereby certify that on this day I caused to be served a true and correct copy of the foregoing Voluntary Dismissal upon the counsel below through the Court's ECF filing system.

| | |
|---|---|
| Bebe Kivitz, Esq.<br>JACOBS KIVITZ & DRAKE LLC<br>1525 Locust St., 12th Floor<br>Philadelphia, PA 19102<br><br>*Attorney for Defendant Andrea Constand* | Dolores M. Troiani, Esq.<br>TROIANI & GIBNEY LLP<br>1171 Lancaster Ave, Suite 101<br>Berwyn, PA 19312<br><br>*Attorney for Defendant Andrea Constand* |
| Jeffrey B. McCarron, Esq.<br>Eitan Blanc, Esq.<br>SWARTZ CAMPBELL LLC<br>Two Liberty Place, 28th Floor<br>50 South 16th Street<br>Philadelphia, PA 19102<br><br>*Attorneys for Defendants Dolores Troiani and Bebe Kivitz* | Daniel Segal, Esq.<br>Dina Grove, Esq.<br>HANGLEY ARONCHICK SEGAL PUDLIN<br>   & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br><br>*Attorneys for Defendants American Media, Inc.* |

/s/ John R. Timmer
John R. Timmer

Dated: July 28, 2016